UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| **Daniel William RUIZ,** | Transportation of Illegal Aliens |
| Defendant(s) | |

The undersigned complainant, being duly sworn, states:

On or about **April 11, 2008,** within the Southern District of California, defendant **Daniel William RUIZ** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Rosa CONTRERAS-Moreno, Ramiro MORENO-Luna,** and **Jesus CAMACHO-Martinez** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **APRIL 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Daniel William RUIZ

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that **Rosa CONTRERAS-Moreno, Ramiro MORENO-Luna, and Jesus CAMACHO-Martinez** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 11, 2008, at approximately 7:45 p.m., Senior Patrol Agent (SPA) Daniel Wilson, was performing assigned line watch duties in the El Cajon Border Patrol Station's area of operation when he noticed a Blue Dodge Truck traveling eastbound on California State Route (CA SR)-94 near the intersection of CA SR-94 and an area known as (The White Corrals). The White Corrals are located approximately eight miles east and one-half mile north of the Tecate, California Port of Entry. As Agent Wilson drove westbound on CA SR-94 near the above stated location, Agent Wilson observed that the bed of a Blue Dodge Truck contained approximately 15 people. The subjects in the bed of the truck were holding a large blanket over their heads in an attempt to conceal themselves. Suspecting that the individuals in the bed of the truck were illegal aliens, Agent Wilson immediately made a U-Turn and followed the vehicle. As the truck traveled eastbound on SR-94, it began to gain speed and pull away from his vehicle. As Agent Wilson attempted to catch up to the vehicle, he observed a large dust cloud approximately 100 yards ahead of him. As Agent Wilson got closer to the dust cloud, he realized that the driver of the truck had pulled the truck to the side of the rode. As Agent Wilson pulled in behind the truck and saw multiple subjects leaping from both the bed and the passenger's compartment of the truck. All of the subjects that fled from the truck, with the exception of the driver, ran south towards the United States/Mexico Border.

Upon witnessing this, Agent Wilson placed his emergency lights on, and exited his vehicle to approach the driver who was still inside the truck. As Agent Wilson arrived at the driver's door he immediately told the driver to show him his hands and turn his vehicle off. Agent Wilson then told the driver, who was later identified as the defendant **Daniel William RUIZ** to step out of the vehicle. Agent Wilson questioned the defendant as to his citizenship, at which point he stated that he was a United States Citizen. Agent Wilson then placed the defendant in the detention compartment of his vehicle until backup arrived on seen. Shortly thereafter, Border Patrol Agent Velasquez and a Customs and Border Protection Air Interdiction Unit (OMAHA) arrived to Agent Wilson's location and in a joint effort apprehended twenty of the subjects who absconded from the truck.

All twenty subjects who were arrested fleeing the vehicle were questioned as to their citizenship and nationality. All subjects stated that they were citizens and nationals of Mexico. All subjects admitted that they were present in the United States without proper immigration documents that would allow them to enter into or remain in the United States.

Having established that the passengers in the vehicle were illegal aliens who were illegally present in the United States, Agent Wilson placed the driver under arrest for Alien Smuggling. Agent Wilson placed the occupants in the truck under arrest for being illegally present in the United States.

**CONTINUATION OF COMPLAINT:**
**Daniel William RUIZ**

## MATERIAL WITNESSES STATEMENTS:

Material witnesses **Rosa CONTRERAS-Moreno, Ramiro MORENO-Luna,** and **Jesus CAMACHO-Martinez** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They admit to entering the United States illegally. Material witnesses CONTRERAS-Moreno, MORENO-Luna and CAMACHO-Martinez were shown a photographic line up and were able to identify defendant **Daniel William RUIZ** as the driver of the vehicle.

Executed on April 13, 2008 at 9:00 a.m.

_____
Carlos Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **April 11, 2008**, in violation of Title **8**, United States Code, Section **1324**.

_____       4/13/08 at 9:30 am
Barbara L. Major                      Date/Time
United States Magistrate Judge