# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) |
| | ) |
| vs. | ) CRIMINAL NO. 08mj1139 |
| *Daniel William Ruiz* | ) ORDER |
| | ) RELEASING MATERIAL WITNESS |
| | ) |
| Defendant(s) | ) Booking No. |
| | ) |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

*Ramiro Moreno-Luna*

DATED: 5-1-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by *Rhee Rhee*
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95        ☆ U.S. GPO: 2003-581-774/70082