FILED

MAY - 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr1391-JLS |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| DANIEL WILLIAM RUIZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about April 11, 2008, within the Southern District of California, defendant DANIEL WILLIAM RUIZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rosa Contreras-Moreno, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 5/1/08.

KAREN P. HEWITT
United States Attorney

for W. MARK CONOVER
Assistant U.S. Attorney

WMC:mg:San Diego
4/22/08